IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TODD CHAPMAN, )
    Plaintiff, )
)
vs )   Civil Action No. 07-1700
)
FSI NORTH AMERICA, INC., )
    Defendant. )

O R D E R

AND NOW this 29th day of September, 2008, after the parties entered into an agreement to settle the above captioned case, and it appearing that there is no further action required by the Court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and that should further proceedings become necessary or desirable, any party may initiate them in the same manner as if the Order had not been entered;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including but not limited to, enforcing settlement.

UNITED STATES DISTRICT JUDGE

cc: All counsel of record

    Robert C. Mitchell
    United States Magistrate Judge