UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD CHAPMAN, | Civil Action No. 2:07-cv-01700 |
| Plaintiff, | |
| v. | Judge: Robert C. Mitchell |
| FSI NORTH AMERICA, INC., | Electronically Filed |
| Defendant. | |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

The above named parties in this proceeding hereby stipulate to the dismissal of the instant action with prejudice as follows:

1. The Plaintiff and Defendant entered into a settlement Agreement on September 29, 2008.

2. The Defendant has forwarded Settlement funds to the Plaintiff in the amount of $12,500.00.

3. Due to the Settlement and Release of all claims by all parties, it is hereby stipulated by counsel for all parties identified below that the within suit be dismissed with prejudice.

4. Pursuant to Federal Rules of Civil Procedure 41(a)(1), it is respectfully requested that this Honorable Court dismiss the within case with Prejudice.

Agreed to By:

__3/12/09__
Date

JOSEPH P. NIGRO, ESQUIRE
Attorney for the Plaintiff
NIGRO & ASSOCIATES, LLC
Two Gateway Center
Suite 1799
Pittsburgh, PA 15222
(412) 471-8118

__3-11-09__
Date

MICHAEL P. ROBIC, ESQUIRE
Attorney for the Defendant
Metz Lewis, LLC
11 Stanwix Street
Pittsburgh, PA 15222

BY THE COURT:

Gary L. Lancaster,
United States District Judge

3/14/09